H9013-3B (3/16)

Filer's Name, Address, Phone, email:

GREG DUNN, #3616
Davies Pacific Center
841 Bishop Street, Suite 2221
Honolulu, Hawaii 96813
Telephone: (808) 524-4529
Facsimile: (808) 528-4797
e-mail: greg.dunn4@hawaiiantel.net

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813

| Debtor(s): Lionel Aaron Barona | Case No.: 26-00500 |
|---|---|
| | Related Docket No.: 5 |

## CERTIFICATE OF SERVICE

| Document(s) served: Chapter 13 Plan | Date served: 6/11/2026 |
|---|---|

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise and that consent was given to any service by fax or electronic means.** *[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution. Attach continuation sheets as needed.]*

| *Example:* <br> • Name of person served <br> • If attorney, name of client <br> • Mailing address or <br>   Email address if served via ECF or <br>   Fax number if served by fax | ADVANCIAL FINANCIAL <br> 100 MISSION COURT <br> Nashville, TN 37210 | ALLY FINANCIAL <br> P.O. BOX 380901 <br> Minneapolis, MN 55438-0901 |
|---|---|---|
| AMERICAN EXPRESS <br> P.O. BOX 981537 <br> El Paso, TX 79998-1537 | APPLE CARD / GS BANK USA <br> LOCKBOX 6112 <br> P.O. BOX 7247 <br> Philadelphia, PA 19170-6112 | ASCEND <br> 635 EAST HIGHWAY 20 <br> Upper Lake, CA 95485 |
| BARCLAYS BANK DELAWARE <br> P.O. BOX 8803 <br> Wilmington, DE 19899-8803 | | BOUNCE AI, INC. <br> 333 METRO PARK, SUITE S505 <br> Rochester, NY 14623 |
| *Dated:* <br> 6/10/2026 | /s/ Greg Dunn <br> *[Print name and sign]* | |

U.S. Bankruptcy Court - Hawaii  #26-00500  Dkt # 7  Filed  06/10/26  Page 1 of 6

AFFIRM, INC.
650 CALIFORNIA STREET, FLOOR 12
San Francisco, CA 94108-2716

ALOHA ISLE PROPERTIES CORP.
98-027 HEKAHA STREET, SUITE 19
Aiea, HI 96701

CAPITAL ONE, N.A.
P.O. BOX 31293
Salt Lake City, UT 84131

CAVALRY SPV I, LLC
1 AMERICAN LANE, SUITE 220
Greenwich, CT 06831-2563

CBW BANK / CREDITFRESH
200 CONTINENTAL DRIVE, SUITE 401
Newark, DE 19713

CCB / BREADCASHBACK
C/O COMENITY CAPITAL BANK
P.O. BOX 183003
Columbus, OH 43218-3003

CCBANK / CNG
7755 MONTGOMERY ROAD, SUITE 400
Cincinnati, OH 45236

CCS / FIRST NATIONAL BANK
1500 SOUTH HIGHLINE AVENUE
Sioux Falls, SD 57110-1003

CCS / FIRST SAVINGS BANK
1500 SOUTH HIGHLINE AVENUE
Sioux Falls, SD 57110

CELTIC BANK / CONTFINCO
4550 NEW LINDEN HILL ROAD, #400
Wilmington, DE 19808

CITICARDS / CITIBANK
P.O. BOX 6241
Sioux Falls, SD 57117-6241

CLEAR AIR
P.O. BOX 1429
Nice, CA 95464

COMENITY CAPITAL / AAARWD
P.O. BOX 182120
Columbus, OH 43218

CROWN ASSET MANAGEMENT, LLC
3100 BRECKENRIDGE BLVD.,
SUITE #725
Duluth, GA 30096-7605

Department of Taxation
State of Hawaii
ATTN: Bankruptcy Unit
P.O. Box 259
Honolulu, HI 96809-0259

DISCOVER CARD
P.O. BOX 30939
Salt Lake City, UT 84130

EXCALIBUR HOTEL AND CASINO
P.O. BOX 96778
Las Vegas, NV 89195

FB&T / MERCURY
P.O. BOX 84064
Columbus, GA 31908-4064

FEB / OPPS LOANS
P.O. BOX 5040
Fredericksburg, VA 22403

FIRST BANK & TRUST COMPANY
P.O. BOX 1000
Abingdon, VA 24212

FNB OMAHA
P.O. BOX 3412
Omaha, NE 68103

FORTIVA CREDIT CARD
P.O. BOX 105555
Atlanta, GA 30348-5555

FSB - BLAZE
P.O. BOX 22249
Honolulu, HI 96823

GREEN ARROW LOANS
2770 MISSION RANCHERIA ROAD, #235

Lakeport, CA 95453

GREG DUNN, ESQ.
841 BISHOP STREET, SUITE 2221
Honolulu, HI 96813-3908

HAWAII CENTRAL FCU
P.O. BOX 22249
Honolulu, HI 96823

HAWAII CENTRAL FCU
681 SOUTH KING STREET
Honolulu, HI 96813-3016

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
Philadelphia, PA 19101-7346

JASPER / WEBBANK / CORECARD
215 SOUTH STATE STREET
Salt Lake City, UT 84111

JEFFERSON CAPITAL SYSTEMS, LLC
200 14TH AVENUE E
Sartell, MN 56377

JEFFERSON CAPITAL SYSTEMS, LLC
16 MCLELAND ROAD
Saint Cloud, MN 56303-2198

KYLE A. TAITAGUE
2401 ROOKE AVENUE
Honolulu, HI 96817

KYLE TAITAGUE
2401 ROOKE AVENUE
Honolulu, HI 96817

LENDING CREATIVE
P.O. BOX 478
Keshena, WI 54135

MACY'S / CITIBANK, N.A.
P.O. BOX 6789
Sioux Falls, SD 57117

MERRICK BANK CORPORATION
P.O. BOX 9201

Old Bethpage, NY 11804-9001

MOBILOANS
151 MELACON ROAD
Marksville, LA 71351

NATIONWIDE CAPITAL SERVICES, LLC
4300 EAST SUNSET ROAD, SUITE D1
Henderson, NV 89014

ONEMAIN FINANCIAL
P.O. BOX 1010
Evansville, IN 47706

OPENSKY CBNK
P.O. BOX 8130
Reston, VA 20195

PARK MGM
3770 SOUTH LAS VEGAS BLVD.
Las Vegas, NV 89109

PENTAGON FCU
2930 EISENHOWER AVENUE
Alexandria, VA 22314-4557

PENTAGON FCU
P.O. BOX 1432
Alexandria, VA 22313-2032

PETER UIAGALELEI
2401 ROOKE AVENUE
Honolulu, HI 96817

PLAIN GREEN LOANS
93 MACK ROAD, SUITE 600
P.O. BOX 270
Box Elder, MT 59521

POSSIBLE FINANCIAL, INC.
1929 3RD AVENUE, SUITE 300
Seattle, WA 98101

PREMIER BKCRD / FIRST PREMIER
601 SOUTH MINNESOTA AVENUE
Sioux Falls, SD 57104

SPOT LOAN
P.O. BOX 720

Belcourt, ND 58316-0720

SPRING OAKS CAPITAL, LLC
1400 CROSSWAYS BLVD., SUITE 100B
Chesapeake, VA 23320

SUTTELL & HAMMER, P.S.
P.O. BOX C-90006
Bellevue, WA 98009

SYNCB / HOME
P.O. BOX 71757
Philadelphia, PA 19176

SYNCB / SAM'S CLUB
P.O. BOX 71746
Philadelphia, PA 19176

SYNCB / VNMO
P.O. BOX 71746
Philadelphia, PA 19176

TD BANK USA / TARGET CREDIT
P.O. BOX 673
Minneapolis, MN 55440

U.S. DEPARTMENT OF EDUCATION
OFFICE OF THE GENERAL COUNSEL
400 MARYLAND AVENUE, SW
Washington, DC 20202

UPGRADE, INC.
2 NORTH CENTRAL AVENUE, FLOOR 10
Phoenix, AZ 85004

UPLIFT / CELTIC BANK
275 BATTERY STREET, SUITE 2300
San Francisco, CA 94111

UPLIFT, INC.
275 BATTERY STREET, SUITE 2300
San Francisco, CA 94111

VELOCITY INVESTMENTS, INC.
P.O. BOX 788
Belmar, NJ 07719